# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Gottschall, Joan B. | **2. Court or Organization**<br><br>U.S. District Court, NDIL | **3. Date of Report**<br><br>05/15/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Room 2356
219 South Dearborn Street
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund Investor CL VWELX (WH) | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 2. Vanguard Wellington Fund Investor CL VWELX (WH IRA) | B | Int./Div. | L | T | Sold (part) | 12/05/19 | L | | |
| 3. Vanguard Wellington Fund Investor CL VWELX (WH IRA) | B | Int./Div. | L | T | Sold (part) | 12/18/19 | L | | |
| 4. Vanguard Wellington Fund Investor CL VWELX (WH IRA) | B | Int./Div. | L | T | Sold (part) | 12/19/19 | L | | |
| 5. Vanguard Wellington Fund Symbol VWENX (WH) | D | Dividend | N | T | | | | | |
| 6. Vanguard Wellington Fund Symbol VWENX (VAN) 0521-09858123334 | C | Dividend | L | T | Sold (part) | 12/20/19 | L | | |
| 7. Vanguard Wellesley Fund Symbol VWIAX (WH) | C | Dividend | O | T | | | | | |
| 8. Vanguard Wellesley Income Fd VWINX (WH IRA) | B | Int./Div. | L | T | | | | | |
| 9. Vanguard Wellesley Fund Symbol VWIAX (VAN) 0527-0985812334 | B | Dividend | L | T | Sold (part) | 12/20/19 | L | | |
| 10. Vanguard Index Trust Symbol VINIX (VAN) 0540-88245207635 | C | Dividend | M | T | Sold (part) | 12/20/19 | M | | |
| 11. Vanguard Index Trust Symbol VINIX (VAN) 0540-09858123334 | B | Dividend | L | T | Sold (part) | 12/20/19 | L | | |
| 12. Vanguard Prime Portfolio Symbol VMMXX (VAN) 0030-09858123334 | A | Dividend | K | T | Sold (part) | 12/20/19 | K | | |
| 13. Vanguard 500 Index Fund Admiral VFIAX (VAN) 0540-88018878987 | A | Dividend | K | T | | | | | |
| 14. Fed Empl Credit Union Accts | A | Interest | K | T | | | | | |
| 15. IBM c/stock | B | Dividend | K | T | | | | | |
| 16. Intel c/stock | A | Dividend | K | T | | | | | |
| 17. Waste Management c/stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CVS Caremark c/stock | B | Dividend | K | T | | | | | |
| 19. Vanguard Capital Opportunity Fund Symbol VHCOX (VAN) 0111-09858123334 | B | Dividend | K | T | Sold (part) | 12/20/19 | K | | |
| 20. Dodge & Cox Fds Intl Stk Fd Symbol DODFX (WH) | A | Dividend | J | T | | | | | |
| 21. American Fund Capital Income Bldr Symbol CAIFX (WH) | C | Int./Div. | M | T | | | | | |
| 22. American Income Fund Symbol AMEFX (WH) | C | Dividend | M | T | | | | | |
| 23. American Balanced Fund Symbol AMBFX (WH) | D | Int./Div. | N | T | | | | | |
| 24. American Mut Fund Symbol AMRFX (WH) | B | Dividend | L | T | | | | | |
| 25. Capital World Growth Inc. Fund Symbol WGIFX (WH) | C | Int./Div. | M | T | | | | | |
| 26. Wintrust Financial Corp. Accoutns (*See Part VI, No. 1) | B | Interest | M | T | | | | | |
| 27. Eanes TX Indpt Sch Dist C:270083-ZR-2 | B | Interest | | | Redeemed | 08/01/19 | L | | |
| 28. Fishers IN Redev Auth C:33803T-JR-8 | B | Interest | | | Redeemed | 07/15/19 | L | | |
| 29. Henrico Cnty VA Wtr & Swr C:426170-JW-7 | D | Interest | | | Redeemed | 05/01/19 | L | | |
| 30. Nextera Energy C:65339K-10-0 | B | Interest | K | T | | | | | |
| 31. South Dakota Conservancy C:837545-HN-5 | C | Interest | | | Redeemed | 08/01/19 | L | | |
| 32. Cloverleaf OH Loc Sch Dist C:18925P-AA-6 | A | Interest | | | Redeemed | 03/01/19 | J | | |
| 33. Conn St Gen Rev Rvlvng C:207737-FP-7 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 34. Downingtown PA Area School C: 261097-UK-3 | A | Interest | | | Redeemed | 05/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | East Side Un High S/D CA C: 275282-CH-2 | A | Interest | | | Redeemed | 08/01/19 | J | | |
| 36. | Grove City PA C:399540-DN-0 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 37. | Las Vegas Vly NV Wtr C:517845-DR-1 | A | Interest | | | Redeemed | 06/03/19 | K | | |
| 38. | Maryland St 1st Ser B C:574192-8C-7 | A | Interest | | | Redeemed | 03/15/19 | J | | |
| 39. | Massachusetts St College C:575832-RZ-5 | A | Interest | | | Redeemed | 05/01/19 | J | | |
| 40. | NC Tpk Auth Triangle Expwy C: 65830R-AJ-8 | A | Interest | | | Redeemed | 01/02/19 | J | | |
| 41. | Oregon Hlth Sciences C: 685869-CP-2 | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 42. | Pennsylvania St 2nd Ser C: 70914P-KK-7 | A | Interest | | | Redeemed | 04/15/19 | J | | |
| 43. | Pennsylvania St Tpk C: 709224-SY-6 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 44. | Pennsylvania St Tpk Comm C: 709223-WS-6 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 45. | Pennsylvania St Tpk Comm C: 709224-VV-8 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 46. | Washington St Univ Revs C: 940093-X4-4 | A | Interest | | | Redeemed | 04/01/19 | J | | |
| 47. | Boston MA Ser A G/O C: 100853-FV-7 | A | Interest | | | Redeemed | 04/01/19 | K | | |
| 48. | Durango CO Sales & Use Tax C: 266463-ED-6 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 49. | Clearwater FL W&S Rev Ser C: 185328-HH-7 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 50. | TRI Cnty Met Transn Dist C: 89546R-HP-2 | A | Interest | | | Redeemed | 09/03/19 | J | | |
| 51. | Coppell TX Indpt Sch C: 217489-5P-4 | A | Interest | | | Redeemed | 08/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. North TX Mun Wtr Dist C: 66283A-CL-8 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 53. Fairfax Cnty VA Swr Rev C: 303867-GF-6 | A | Interest | | | Redeemed | 07/15/19 | J | | |
| 54. Salt River PJ AZ Agric C: 79575D-B7-4 | A | Interest | | | Redeemed | 01/02/19 | J | | |
| 55. Mobile AL Pub Edl Bldg C: 607202-DC-9 | A | Interest | | | Redeemed | 03/01/19 | J | | |
| 56. Greenbrier Cnty WV Brd Ed Pub Sch C: 393658-CY-3 | A | Interest | | | Redeemed | 05/01/19 | J | | |
| 57. Oregon St Dpt Admin Svcs C: 68608V-BN-3 | A | Interest | | | Redeemed | 11/01/19 | J | | |
| 58. Hawaii St Dept Hawaiian Home C: 41980P-BG-6 | A | Interest | | | Redeemed | 04/01/19 | J | | |
| 59. Houston TX Until Sys Rev C: 44244C-HV-2 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 60. New Jersy HC Facs Fing C: 64580A-AT-8 | A | Interest | | | Redeemed | 10/01/19 | J | | |
| 61. Houston TX Prerefunded C: 442331-M2-7 | A | Interest | | | Redeemed | 03/01/19 | K | | |
| 62. Lower Co Riv Auth TX Rev C: 54811A-EK-5 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 63. Pennsylvania St TPK Commn C: 709224-VV-8 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 64. Pennsylvania St TPK Commn C: 709224-VU-0 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 65. Pennsylvania St Commn TPK C: 709224-TM-1 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 66. New York St Dorm Auth C: 64990H-M3-1 | A | Interest | | | Redeemed | 01/02/19 | J | | |
| 67. Anderson SC W&S sys C: 034074-CD-2 | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 68. North Carolina St Grant C: 658268-BY-2 | A | Interest | | | Redeemed | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pennsylvania St TPK Commn C: 709224-QM-4 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 70. Orange Cnty FL Sch Brd C: 684517-NS-0 | A | Interest | | | Redeemed | 08/01/19 | J | | |
| 71. San Jacinto TX Cmnty C: 798025-HE-5 | A | Interest | | | Redeemed | 02/15/19 | J | | |
| 72. Missouri St Hlth & EFA C: 60635H-W8-8 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 73. State Pub Sch Bldg Auth C: 857322-6B-2 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 74. Citizens Gas Util Dist C: 174702-FA-3 | A | Interest | | | Redeemed | 05/01/19 | J | | |
| 75. Bettendorf IA Ser A G/O C: 087671-F4-0 | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 76. Pennsylvania St TPK C: 709223-ZM-6 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 77. Houston TX Util Sys Rev C: 44244C-HV-2 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 78. South Carolina St Pub Svc Auth C: 837151-NR-6 | A | Interest | | | Redeemed | 01/02/19 | J | | |
| 79. Lower CO Riv TX C: 54811A-MF-7 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 80. Kingsport TN Ser B C: 496443-DK-5 | A | Interest | | | Redeemed | 03/01/19 | J | | |
| 81. New York St Urban Dev C: 650035-5M-6 | A | Interest | | | Redeemed | 03/15/19 | J | | |
| 82. New York St Dorm Auth C: 649905-UM-6 | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 83. Saint Charles Cnty MO C: 787642-W2-9 | A | Interest | | | Redeemed | 03/01/19 | J | | |
| 84. Harrisburg Sch Dist C: 414834-NR-8 | A | Interest | | | Redeemed | 12/31/19 | K | | |
| 85. Univ Pittsburgh of the Cmwth C: 91335V-HR-0 | A | Interest | | | Redeemed | 09/16/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Southwest High Ed Auth Inc TX C: 845040-HF-4 | A | Interest | | | Redeemed | 10/01/19 | K | | |
| 87. Pennsylvania St TPK C: 709223-ZY-0 | A | Interest | | | Redeemed | 12/02/19 | K | | |
| 88. Miami Dade Cnty FL Aviation C: 59333P-VY-1 | A | Interest | | | Redeemed | 10/01/19 | K | | |
| 89. Opelika AL Utils Brd C: 683548-AP-6 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 90. Pennsylvania St TPK C:709221-RZ-0 | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 91. Oregon St Dpt Admin Svcs C: 68608V-CE-2 | A | Interest | | | Redeemed | 11/01/19 | J | | |
| 92. Lancaster Cnty PA C:514040-ZN-7 | B | Interest | K | T | Buy | 03/15/19 | K | | |
| 93. Philadelphia PA Wtr & Waste C:717893-M5-7 | A | Interest | K | T | Buy | 03/15/19 | K | | |
| 94. Washington St Var Purp C:93974C-SJ-0 | A | Interest | K | T | Buy | 03/15/19 | K | | |
| 95. Ohio St High Edl Fac C:67756D-KB-1 | A | Interest | J | T | Buy | 03/18/19 | J | | |
| 96. Allegheny Cnty PA C:01728V-TJ-9 | A | Interest | K | T | Buy | 03/19/19 | K | | |
| 97. Clarendon Sc Hsp Dist C:18041C-BF-2 | A | Interest | J | T | Buy | 03/19/19 | J | | |
| 98. LA St Univ Agric&Mech C:546540-HZ-1 | A | Interest | J | T | Buy | 03/19/19 | J | | |
| 99. Phoeniz AZ Civic Impt C:71883M-HE-7 | A | Interest | J | T | Buy | 03/19/19 | J | | |
| 100. Indiana St Fin Auth Rev C:455057-7G-8 | A | Interest | J | T | Buy | 03/22/19 | J | | |
| 101. Pennsylvania St TPK C:709224-TS-8 | A | Interest | J | T | Buy | 03/22/19 | J | | |
| 102. Washington St Var Purp C:93974C-WL-0 | A | Interest | J | T | Buy | 03/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brewton AL PreRefunded C:107781-KY-1 | A | Interest | J | T | Buy | 03/26/19 | J | | |
| 104. Bucks Cnty PA W&S Auth C:118683-BP5 | A | Interest | J | T | Buy | 03/28/19 | J | | |
| 105. Phoenix AZ Civic Impt C:71883M-HE-7 | A | Interest | J | T | Buy | 03/28/19 | J | | |
| 106. Palm Bch Cnty FL Auth C:69650Q-AM-2 | A | Interest | J | T | Buy | 03/28/19 | J | | |
| 107. Orlando & Orange Cnty Expway C:686543-SN-0 | A | Interest | J | T | Buy | 03/29/19 | J | | |
| 108. West Ottawa MI Pub S/D C:955023-SL-1 | A | Interest | J | T | Buy | 05/30/19 | J | | |
| 109. JEA FL Wtr & Swr Sys Rev C:46613P-5K-8 | A | Interest | J | T | Buy | 05/31/19 | J | | |
| 110. Howard Cnty MD C:44256P-FG-3 | A | Interest | J | T | Buy | 06/03/19 | J | | |
| 111. Pennsylvania st TPK C:709224-F3-8 | A | Interest | J | T | Buy | 06/03/19 | J | | |
| 112. JEA FL Elec Sys Rev Sub C:46613S-BU-3 | A | Interest | K | T | Buy | 06/04/19 | K | | |
| 113. Pennsylvania St TPK C:709224-XX-2 | A | Interest | J | T | Buy | 06/05/19 | J | | |
| 114. Pennsylvania St TPK C:709223-D5-7 | A | Interest | J | T | Buy | 06/06/19 | J | | |
| 115. North TX Twy Auth Rev C:66285W-JD-9 | A | Interest | J | T | Buy | 06/12/19 | J | | |
| 116. Orlando & Orange Cnty Expway C:686543-SN-0 | A | Interest | J | T | Buy | 06/12/19 | J | | |
| 117. Allegheny Cnty PA Ser C:01728V-LG-3 | A | Interest | J | T | Buy | 06/14/19 | J | | |
| 118. Butler Cnty OH Hsp Facs C:123550-GZ-2 | A | Interest | J | T | Buy | 06/18/19 | J | | |
| 119. Indiana St Hsg & Cmnty DV C:45506C-AC-1 | A | Interest | J | T | Buy | 06/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Pennsylvania St TPK C:709223-A7-6 | B | Interest | K | T | Buy | 07/08/19 | K | | |
| 121. Virginia St Res Auth C:92818L-VH-2 | A | Interest | J | T | Buy | 07/09/19 | J | | |
| 122. Washington St Var Purp Srv C:93974C-WU-0 | A | Interest | K | T | Buy | 07/09/19 | K | | |
| 123. Pennsylvania St Fin Auth C:70915C-LZ-1 | A | Interest | J | T | Buy | 07/16/19 | J | | |
| 124. Pennsylvania St Fin Auth C:70915C-LY-4 | A | Interest | J | T | Buy | 07/16/19 | J | | |
| 125. Hopkins Cnty KY Sch Dist C:439767-TC-8 | A | Interest | J | T | Buy | 07/18/19 | J | | |
| 126. Pennsylvania St Tpk C:709223-G3-9 | A | Interest | J | T | Buy | 07/18/19 | J | | |
| 127. Sheboygan WI Area Sch Dist C:821023-ML-9 | A | Interest | K | T | Buy | 07/19/19 | K | | |
| 128. Scranton PA Swr Auth C:810844-CE-8 | A | Interest | K | T | Buy | 07/22/19 | K | | |
| 129. Thomasville GA Hsp C:884633-AT-5 | A | Interest | K | T | Buy | 07/22/19 | K | | |
| 130. Lake Travis TX Indept Sch C:511074-ST-4 | A | Interest | J | T | Buy | 07/23/19 | J | | |
| 131. Kentucky St TPK Auth Econ C:491552-XD-2 | A | Interest | J | T | Buy | 07/23/19 | J | | |
| 132. North TX Twy Auth Rev C:66285W-FW-1 | A | Interest | J | T | Buy | 07/23/19 | J | | |
| 133. JEA FL Elec Sys Rev C:46613S-EX-4 | A | Interest | J | T | Buy | 08/21/19 | J | | |
| 134. New York NY City C:64972H-M9-0 | A | Interest | J | T | Buy | 08/21/19 | J | | |
| 135. Lackawanna Cnty PA C:505480-Q3-0 | A | Interest | J | T | Buy | 08/23/19 | J | | |
| 136. Philadelphia PA RFDG C:717813-MZ-9 | A | Interest | J | T | Buy | 08/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Alaska St HSG Fin Corp C:011839-PQ-4 | A | Interest | K | T | Buy | 08/26/19 | K | | |
| 138. Miami Bch FL Stormwater C:59324P-CH-0 | A | Interest | J | T | Buy | 08/27/19 | J | | |
| 139. Spokane Cnty WA Sch Dist C:848712-PF-6 | A | Interest | J | T | Buy | 08/27/19 | J | | |
| 140. Viridian Mun Mgmt Dist C:92823P-AB-2 | A | Interest | J | T | Buy | 08/27/19 | J | | |
| 141. West Travis Cnty TX Pub Util C:95632C-BE-8 | A | Interest | J | T | Buy | 08/27/19 | J | | |
| 142. Kentucky St TPK Auth Econ C:491552-YV-1 | A | Interest | J | T | Buy | 08/28/19 | J | | |
| 143. Orlando FL Cap Impt Spl C:68641H-HV-9 | A | Interest | J | T | Buy | 08/28/19 | J | | |
| 144. Woodbridge Twp NJ Rfdg Swr C:978862-N6-3 | A | Interest | J | T | Buy | 08/29/19 | J | | |
| 145. Cumberland Cnty NC Ltd. C:230593-AU-9 | A | Interest | J | T | Buy | 09/04/19 | J | | |
| 146. Mississippi St Univ Edl Bldg C:605699-LA-3 | A | Interest | J | T | Buy | 09/04/19 | J | | |
| 147. New York NY City Transnl C:64971W-3C-2 | A | Interest | J | T | Buy | 09/04/19 | J | | |
| 148. Howard Cnty MD Rfdg Bds C:44256P-NW-9 | A | Interest | K | T | Buy | 09/05/19 | K | | |
| 149. Manatee Cnty FL Sch Brd C:56185N-FF-0 | A | Interest | J | T | Buy | 09/11/19 | J | | |
| 150. Mississippi St Univ Edl Bldg C:605699-KY-2 | A | Interest | J | T | Buy | 09/11/19 | J | | |
| 151. Austin TX Wtr & Wastewater Sys C:052476-6F-0 | A | Interest | J | T | Buy | 09/12/19 | J | | |
| 152. Blackhawk PA Sch Dist C:092903-GK-3 | A | Interest | J | T | Buy | 09/12/19 | J | | |
| 153. Hempfield PA Area Sch Dist C:423725-NG-1 | A | Interest | K | T | Buy | 09/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Pennsylvania St TPK C:709224-TP-4 | A | Interest | J | T | Buy | 09/13/19 | J | | |
| 155.  North TX Twy Auth Rev C:66285W-FX-9 | A | Interest | J | T | Buy | 09/17/19 | J | | |
| 156.  Osceola WI Sch Dist Go Sch Fac C:688124-JU-1 | A | Interest | J | T | Buy | 09/18/19 | J | | |
| 157.  Park Creek Met Dist CO C:700387-CL-5 | A | Interest | J | T | Buy | 09/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, Line 21 is a "sweep" account in both brokerage and IRA accounts in which money is held pending investment; money is constantly being put into and taken out of the account.

VII, Line 68 (Minnesota St Prerefunded C: 604129-6E-1) on the FDR 2018 Calendar Year report was sold on 08/01/18.

VII, Line 74 (New York NY City Transtnl C: 64971W-RK-9) on the FDR 2018 Calendar Year report was sold on 02/01/18.

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544